

**THE ELLIS FIRM**

TRIAL ATTORNEY

Office: 770-212-1432      Fax:    404-393-2392      Email: will@call-ellis.com

To:          All Judges, Clerks of Court, and Counsel of Records

From:        Willie C. Ellis Jr., Esq.

RE:          Notice of Leave of Absence

Date:        June 29, 2026

---

**COMES NOW**, Willie C. Ellis Jr, and respectfully notifies all judges before who he has cases pending, all affected clerks of court, and all opposing counsel identified in Exhibit "A" attached that he will be on leave of absence pursuant to Georgia Uniform Court Rule 16.

The periods of leave during which time the undersigned will be away from the practice of law for personal and professional travel are:

- August 14, 2026 – August 21, 2026
- November 23, 2026 – November 25, 2026
- December 11, 2026 – December 14, 2026
- December 23, 2026 – December 24, 2026
- December 30, 2026 – December 31, 2026
- January 4, 2027 – January 8, 2027

Unless opposing counsel files a written objection within ten (10) days with the Clerk of the Court, with a copy to the Court and all counsel of record, or the Court responds denying the leave, such leave will stand granted without entry of an Order. Uniform Superior Court Rule 16.1(c).

Respectfully submitted this 29th day of June 2026.

**THE ELLIS FIRM**

3400 Peachtree Road N.E.,            */s/ Willie C. Ellis Jr.*
Ste. 725                             Willie C. Ellis Jr.
Atlanta, Georgia 30326               Georgia Bar No. 246116
Telephone: (770) 212-1432            *Attorney for Plaintiffs*
Facsimile: (404) 393-2392
will@call-ellis.com

# EXHIBIT A

| NAME OF CASE/ CASE NUMBER | COURT | JUDGE | OPPOSING COUNSEL |
|---|---|---|---|
| John Davis, v. Quiktrip Corporation and John Does 1-5, CAFN : 1:26-cv-03303-TWT | IN THE UNITED STATES DISTRICT OF GOEORGIA ATLANTA DIVISION | Honorable Judge Thomas W. Thrash, Jr | Candice R. Bryant Esq. Victoria R. Williams Esq. Cruser, Mitchelle, Novitz, Sanchez, Gaston & Zimet, LLP Meridian II, Suite 2000 275 Scientific Drive Peachtree Corners, GA 30092 cbryant@cmlawfirm.com vwilliams@cmlawfirm.com *Counsel for Defendant* |